# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In re: VAREKAI INVESTMENTS LLC  § Case No. 15-32013
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Scott M. Seidel, Esq., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $2,711.87  Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,153,383.75  Claims Discharged
                                                Without Payment: $3,941,174.68

Total Expenses of Administration: $145,436.25

3) Total gross receipts of $ 1,298,820.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $1,298,820.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $685,494.33 | $2,188,028.36 | $788,549.84 | $788,549.84 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 137,319.62 | 137,319.62 | 137,319.62 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 8,116.63 | 8,116.63 | 8,116.63 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 536,279.60 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 599.68 | 4,348,593.84 | 4,305,408.91 | 364,833.91 |
| **TOTAL DISBURSEMENTS** | $686,094.01 | $7,218,338.05 | $5,239,395.00 | $1,298,820.00 |

4) This case was originally filed under Chapter 7 on May 05, 2015. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/02/2017          By: /s/Scott M. Seidel, Esq.
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1301 Parker Road, Grand Prairie, TX, (Real Prope | 1110-000 | 250,000.00 |
| 1412 Jelmak Avenue, Grand Prairie, TX, *** Dalla | 1110-000 | 240,100.00 |
| 1509 Jelmak Avenue, Grand Prairie, TX, (Real Pro | 1110-000 | 151,024.80 |
| 1501 Jelmak Avenue, Grand Prairie, TX, *** Dalla | 1110-000 | 115,195.20 |
| 1510 Jelmak Avenue, Grand Prairie, Texas, (Real | 1110-000 | 520,000.00 |
| 1306 Parker Road, Grand Prairie, TX, Commercial | 1210-000 | 22,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,298,820.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -3 | Dallas County | 4800-000 | N/A | 5,464.96 | 0.00 | 0.00 |
| 2 | Interbank | 4220-000 | N/A | 708,228.95 | 0.00 | 0.00 |
| 5S | Internal Revenue Service | 4300-000 | N/A | 685,784.61 | 0.00 | 0.00 |
| NOTFILED | secured claims originally filed | 4110-000 | 685,494.33 | N/A | N/A | 0.00 |
| | Joyce Lindaur | 4110-000 | N/A | 740,931.79 | 740,931.79 | 740,931.79 |
| | Joyce Lindaur | 4700-000 | N/A | 47,618.05 | 47,618.05 | 47,618.05 |
| **TOTAL SECURED CLAIMS** | | | **$685,494.33** | **$2,188,028.36** | **$788,549.84** | **$788,549.84** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Scott M. Seidel, Esq. | 2100-000 | N/A | 24,524.55 | 24,524.55 | 24,524.55 |
| Trustee Expenses - Scott M. Seidel, Esq. | 2200-000 | N/A | 967.97 | 967.97 | 967.97 |
| Attorney for Trustee Fees (Trustee Firm) - SEIDEL LAW FIRM | 3110-000 | N/A | 9,995.00 | 9,995.00 | 9,995.00 |
| Attorney for Trustee Expenses (Trustee Firm) - SEIDEL LAW FIRM | 3120-000 | N/A | 286.67 | 286.67 | 286.67 |
| Other - Sheldon E. Levy, CPA | 3410-000 | N/A | 4,277.50 | 4,277.50 | 4,277.50 |
| Other - Sheldon E. Levy, CPA | 3420-000 | N/A | 65.00 | 65.00 | 65.00 |
| U.S. Trustee Quarterly Fees - U.S. Trustee (ADMINISTRATIVE) | 2950-000 | N/A | 5,200.08 | 5,200.08 | 5,200.08 |
| Other - George Adams and Co. Insurance Agency | 2300-000 | N/A | 605.00 | 605.00 | 605.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 481.71 | 481.71 | 481.71 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 557.45 | 557.45 | 557.45 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 633.35 | 633.35 | 633.35 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 555.63 | 555.63 | 555.63 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 631.39 | 631.39 | 631.39 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 573.09 | 573.09 | 573.09 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 549.31 | 549.31 | 549.31 |
| Other - Joyce Lindaur | 3510-000 | N/A | 76,579.20 | 76,579.20 | 76,579.20 |
| Other - Joyce Lindaur | 2500-000 | N/A | 7,217.00 | 7,217.00 | 7,217.00 |
| Other - Joyce Lindaur | 2500-000 | N/A | 983.00 | 983.00 | 983.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 597.21 | 597.21 | 597.21 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 558.98 | 558.98 | 558.98 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 596.91 | 596.91 | 596.91 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 521.59 | 521.59 | 521.59 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 362.03 | 362.03 | 362.03 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $137,319.62 | $137,319.62 | $137,319.62 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joyce W. Lindaur Attorney, PLLC | 6210-000 | N/A | 5,521.26 | 5,521.26 | 5,521.26 |
| Joyce W. Lindaur Attorney, PLLC | 6220-000 | N/A | 2,595.37 | 2,595.37 | 2,595.37 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $8,116.63 | $8,116.63 | $8,116.63 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5P | Internal Revenue Service | 5800-000 | N/A | 536,279.60 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $536,279.60 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 -2 | TWV Capital Management, LLC as Agent | 7100-000 | N/A | 4,305,408.91 | 4,305,408.91 | 364,833.91 |
| 5U | Internal Revenue Service | 7200-000 | N/A | 43,184.93 | 0.00 | 0.00 |
| NOTFILED | scheduled unsecured claims | 7100-000 | 599.68 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $599.68 | $4,348,593.84 | $4,305,408.91 | $364,833.91 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-32013  
**Case Name:** VAREKAI INVESTMENTS LLC  

**Period Ending:** 10/02/17

**Trustee:**  (631790)  Scott M. Seidel, Esq.  
**Filed (f) or Converted (c):** 03/04/16 (c)  
**§341(a) Meeting Date:** 04/13/16  
**Claims Bar Date:** 07/12/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1301 Parker Road, Grand Prairie, TX, (Real Prope | 126,030.00 | 126,030.00 | | 250,000.00 | FA |
| 2 | 1412 Jelmak Avenue, Grand Prairie, TX, *** Dalla | 136,250.00 | 136,250.00 | | 240,100.00 | FA |
| 3 | 1509 Jelmak Avenue, Grand Prairie, TX, (Real Pro | 89,490.00 | 89,490.00 | | 151,024.80 | FA |
| 4 | 1501 Jelmak Avenue, Grand Prairie, TX, *** Dalla | 15,680.00 | 15,680.00 | | 115,195.20 | FA |
| 5 | 1510 Jelmak Avenue, Grand Prairie, Texas, (Real | 298,680.00 | 0.00 | | 520,000.00 | FA |
| 6 | Accounts receivable. | 2,711.87 | 0.00 | | 0.00 | FA |
| 7 | 1306 Parker Road, Grand Prairie, TX, Commercial  (u) | 0.00 | 20,000.00 | | 22,500.00 | FA |
| 8 | Accounts receivable.  (u)<br>  A/R 90 days old or less. Face amount = $0.<br>uncollectable | 0.00 | 0.00 | | 0.00 | FA |
| 8 | **Assets    Totals** (Excluding unknown values) | **$668,841.87** | **$387,450.00** | | **$1,298,820.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

    January 1, 2017    Investigating and marketing additional property not originally scheduled

**Initial Projected Date Of Final Report (TFR):**    March 4, 2018        **Current Projected Date Of Final Report (TFR):**    April 14, 2017  (Actual)

Printed: 10/02/2017 02:45 PM    V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 15-32013  
**Case Name:** VAREKAI INVESTMENTS LLC  
**Taxpayer ID #:** **-***7508  
**Period Ending:** 10/02/17  

**Trustee:** Scott M. Seidel, Esq. (631790)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4766 - Checking Account  
**Blanket Bond:** $380,000.00  (per case limit)  
**Separate Bond:** $410,000.00  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 04/01/16 | | Joyce Lindaur | sale proceeds after closing | | | 402,990.96 | | 402,990.96 |
| | {4} | | sale proceeds | 115,195.20 | 1110-000 | | | 402,990.96 |
| | {3} | | sale proceeds | 151,024.80 | 1110-000 | | | 402,990.96 |
| | {2} | | sale proceeds | 240,100.00 | 1110-000 | | | 402,990.96 |
| | {1} | | sale proceeds | 250,000.00 | 1110-000 | | | 402,990.96 |
| | {5} | | sale proceeds | 520,000.00 | 1110-000 | | | 402,990.96 |
| | | | payoff to InterBank | -740,931.79 | 4110-000 | | | 402,990.96 |
| | | | real estate commission | -76,579.20 | 3510-000 | | | 402,990.96 |
| | | | Dunn Commercial management | | | | | |
| | | | title charges | -7,217.00 | 2500-000 | | | 402,990.96 |
| | | | other settlement charges | -983.00 | 2500-000 | | | 402,990.96 |
| | | | payoff of prior chapter tax liens | -47,618.05 | 4700-000 | | | 402,990.96 |
| 04/26/16 | 101 | George Adams and Co. Insurance Agency | bond premium payment | | 2300-000 | | 605.00 | 402,385.96 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 481.71 | 401,904.25 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 557.45 | 401,346.80 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 633.35 | 400,713.45 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 555.63 | 400,157.82 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 631.39 | 399,526.43 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 573.09 | 398,953.34 |
| 10/14/16 | 102 | Joyce W. Lindaur Attorney, PLLC | DIP attorney fees | | 6210-000 | | 5,521.26 | 393,432.08 |
| 10/14/16 | 103 | Joyce W. Lindaur Attorney, PLLC | DIP attorney expenses | | 6220-000 | | 2,595.37 | 390,836.71 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 549.31 | 390,287.40 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 597.21 | 389,690.19 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 558.98 | 389,131.21 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 596.91 | 388,534.30 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 521.59 | 388,012.71 |
| 03/03/17 | 104 | TWV Capital Management, LLC as Agent | unsecured creditor | | 7100-000 | | 229,049.92 | 158,962.79 |
| 03/03/17 | 105 | U.S. Trustee (ADMINISTRATIVE) | former chapter UST quarterly fees | | 2950-000 | | 5,200.08 | 153,762.71 |
| 03/03/17 | 106 | Scott M. Seidel, Esq. | interim disbursement for trustee commission | | 2100-000 | | 15,750.00 | 138,012.71 |
| 03/17/17 | {7} | John Nylund | earnest money to purchase 1306 Parker Road | | 1210-000 | 5,000.00 | | 143,012.71 |
| 03/31/17 | {7} | Jon Nylund | remaining funds due | | 1210-000 | 17,500.00 | | 160,512.71 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 362.03 | 160,150.68 |
| 05/15/17 | 107 | SEIDEL LAW FIRM | attorney fees | | 3110-000 | | 9,995.00 | 150,155.68 |

Subtotals :      $425,490.96      $275,335.28

{} Asset reference(s)                                                                                             Printed: 10/02/2017 02:45 PM    V.13.30

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 15-32013 | | **Trustee:** | Scott M. Seidel, Esq. (631790) |
| --- | --- | --- | --- | --- |
| **Case Name:** | VAREKAI INVESTMENTS LLC | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******4766 - Checking Account |
| **Taxpayer ID #:** | **-***7508 | | **Blanket Bond:** | $380,000.00  (per case limit) |
| **Period Ending:** | 10/02/17 | | **Separate Bond:** | $410,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/15/17 | 108 | SEIDEL LAW FIRM | attorney expenses | 3120-000 | | 286.67 | 149,869.01 |
| 08/14/17 | 109 | Scott M. Seidel, Esq. | trustee compensation | 2100-000 | | 8,774.55 | 141,094.46 |
| 08/14/17 | 110 | Scott M. Seidel, Esq. | trustee expenses | 2200-000 | | 967.97 | 140,126.49 |
| 08/16/17 | 111 | Sheldon E. Levy, CPA | Dividend paid 100.00% on $4,277.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 4,277.50 | 135,848.99 |
| 08/16/17 | 112 | Sheldon E. Levy, CPA | Dividend paid 100.00% on $65.00, Accountant for Trustee Expenses (Other Firm);  Reference: | 3420-000 | | 65.00 | 135,783.99 |
| 08/16/17 | 113 | TWV Capital Management, LLC as Agent | Dividend paid  8.47% on $4,305,408.91; Claim# 3 -2; Filed: $4,305,408.91; Reference: | 7100-000 | | 135,783.99 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 425,490.96 | 425,490.96 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 425,490.96 | 425,490.96 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$425,490.96** | **$425,490.96** | |

| | | | | |
| --- | --- | --- | --- | --- |
| Net Receipts : | 425,490.96 | | | |
| Plus Gross Adjustments : | 873,329.04 | | | |
| Net Estate : | $1,298,820.00 | | | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| Checking # ******4766 | 425,490.96 | 425,490.96 | 0.00 |
| | **$425,490.96** | **$425,490.96** | **$0.00** |

{} Asset reference(s)